**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PRO SOUND, INC.,**

  **Plaintiff,**

**-vs-**               Case No. 6:10-cv-1508-Orl-31DAB

**AMERICAN SAFETY CASUALTY**
**INSURANCE COMPANY,**

  **Defendant.**

_____

# ORDER

  This matter comes before the Court on the Motion to Intervene (Doc. 6) filed by the BRS Group, Inc. ("BRS"). BRS will be permitted to intervene for the limited purpose of contesting the arbitrability of its dispute with the Plaintiff, Pro Sound, Inc. ("Pro Sound").

  BRS also seeks leave to pursue the claims and defenses set forth in its proposed answer. (Doc. 6 at 13). Should the arbitrability issue be resolved in favor of BRS, the Court will require Pro Sound to file an amended complaint, which BRS may then answer. Until that time, however,

the filing of an answer and counterclaims by BRS would be premature.

In consideration of the foregoing, it is hereby

**ORDERED** that the Motion to Intervene (Doc. 6) filed by the BRS Group, Inc. is **GRANTED**, as set forth above.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 6, 2010.

                                                    GREGORY A. PRESNELL
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party