**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PRO SOUND, INC.,**

    **Plaintiff,**

-vs-                                    Case No. 6:10-cv-1508-Orl-31DAB

**AMERICAN SAFETY CASUALTY**
**INSURANCE COMPANY,**

    **Defendant.**

## ORDER

The matter is before the Court on the Motion by Intervenor, BRS Group, Inc. ("BRS") (Doc. 8) to Stay Arbitration and Plaintiff's Response thereto (Doc. 15); Plaintiff's Motion to Stay Litigation (Doc. 14)[1] and Defendant's Response (Doc. 21); Defendant's Motion to Stay Arbitration (Doc 21) and Plaintiff's Response (Doc. 24).

Upon consideration of the above, the Court finds that the Arbitration Agreement in the subcontract between Pro Sound and BRS is enforceable. Accordingly, pursuant to Pro Sound's election, all disputes between Pro Sound and BRS arising out of or related to the subcontract shall be submitted to binding arbitration administered by the AAA in accordance with its Construction Industry Arbitration Rules.[2] It is, therefore

---

[1] Amended on December 2, 2010 by Doc. 26 to provide a certification pursuant to Local Rule 3.01(g).

[2] As conceded by Plaintiff, both BRS and Pro Sound may raise their respective claims against each other in the arbitration proceeding, and both may recover such damages as they are entitled to receive (Doc. 15, p. 7).

**ORDERED** that:

1. The Motion to Stay Arbitration filed by Defendant and BRS (Doc. Nos. 8 and 21) is DENIED.

2. The Motion to Stay Litigation filed by Plaintiff (Doc. 14) is GRANTED.

3. This case is STAYED until further order of the Court. Plaintiff shall file a report regarding the status of the arbitration on March 31, 2011 and a status report every 90 days thereafter until the arbitration proceeding is concluded.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 28, 2010.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party